■ SHARON McNAMARA, Respondent, v BARBARA BARONIAN et al., Defendants and Third-Party Plaintiffs-Appellants. KAREN MERKEL et al., Third-Party Defendants-Respondents. [658 NYS2d 1012] —Appeal by the defendants third-party plaintiffs from an order of the Supreme Court, Suffolk County (Rohl, J.), dated June 10, 1996.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Rohl at the Supreme Court. Miller, J. P., Thompson, Joy and Luciano, JJ., concur.